IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:14CR108TMR |
| v. | : | |
| RANDY SILER | : | ORDER DISMISSING INFORMATION |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Information filed July 22, 2014, against RANDY SILER in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: 10-15-15

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT